UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Law Offices of Andy Winchell, P.C.
90 Washington Valley Road
Bedminster, New Jersey 07921
Telephone No. (973) 457-4710
andy@winchlaw.com
By: Andy Winchell [AW-6590]
Attorney for the Debtor

In Re:

Jessica F. Morel

                    Debtor

Case No.: 25-20872 (SLM)

Chapter: 13

## DEBTOR'S OPPOSITION TO
## MOTION FOR RELIEF FROM STAY

The Debtor submits this brief in opposition to the Motion for Relief from the

Automatic Stay (the "Motion") filed by the mortgage servicer with respect to her

home (the "Bank").

The Debtor opposes the Motion because the Debtor has filed a viable

modified plan that capitalizes the arrears asserted in the Motion. As such, the

Debtor has proposed a mechanism to become current on obligations to the Bank.

The Debtor requests that the Court deny the Motion.

Dated this the 4th day of February, 2025.

/s/ Andy Winchell
Law Offices of Andy Winchell, PC
90 Washington Valley Road
Bedminster, New Jersey 07921
973-457-4710
andy@winchlaw.com
Attorney for the Debtor