Form 137 – aplccmpn

### UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  25–20872–SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jessica F Morel
    fka Jessica Frias
    244 Oak Street
    Rahway, NJ 07065

Social Security No.:
    xxx–xx–9957

Employer's Tax I.D. No.:

### NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:        4/21/26
Time:        02:30 PM
Location:     Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Andy Winchell, Debtor's Attorney,

COMMISSION OR FEES
$8,486.50

EXPENSES
$453.30

If this is a chapter 13 case, the fees and expenses awarded:

☑     will not reduce the amount to be paid to general unsecured
creditors under the plan.

☐     will reduce the amount to be paid to general unsecured
creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 31, 2026
JAN:

                                                        Jeanne Naughton
                                                         Clerk

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 25-20872-SLM |
|---|---|
| Jessica F Morel | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Mar 31, 2026 | Form ID: 137 | Total Noticed: 52 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jessica F Morel, 244 Oak Street, Rahway, NJ 07065-3023 |
| cr | + | Atlantic Federal Credit Union, McKenna DuPont Stone & Washburne, 229 Broad Street, Red Bank, NJ 07701-2009 |
| cr | + | Nationstar Mortgage LLC,, 1581 Main Street, Ste. 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 520846942 | #+ | AllState, 1501 N. Plano Road, Suite 100, Richardson, TX 75081-2493 |
| 520921062 | + | Atlantic Federal Credit Union, c/o McKenna DuPont Stone & Washburne, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 520846951 | + | City of Rahway, P.O. Box 28325, Newark, NJ 07101-3140 |
| 520846960 | + | Henry Morel, 244 Oak Street, Rahway, NJ 07065-3023 |
| 520846961 | + | Merrill Lynch, P.O. Box 1501, Pennington, NJ 08534-0671 |
| 520847566 | + | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278-0004 |
| 520846970 | + | U.S. Dept of Housing and Urban Develop., National Servicing Center, 301 N.W. 6th Street, Suite 200, Oklahoma City, OK 73102-2811 |
| 520846974 | + | Veolia Water Contract Operations Inc., 500 Frank W Burr Blvd., Mailbox 21, Teaneck, NJ 07666-6804 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ecfbnc@aldridgepite.com | Mar 31 2026 20:50:00 | Asaph Abrams, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 31 2026 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 31 2026 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520846941 | | Email/PDF: AffirmBKNotifications@resurgent.com | Mar 31 2026 20:49:52 | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520846942 | ^ | MEBN | Mar 31 2026 20:45:43 | AllState, 1501 N. Plano Road, Suite 100, Richardson, TX 75081-2493 |
| 520875450 | + | Email/Text: bkfilings@zwickerpc.com | Mar 31 2026 20:51:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 520846943 | | Email/PDF: bncnotices@becket-lee.com | Mar 31 2026 20:49:44 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520846944 | | Email/Text: BarclaysBankDelaware@tsico.com | Mar 31 2026 20:51:00 | Barclays, PO Box 8803, Wilmington, DE 19899-8803 |
| 520846946 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 31 2026 20:49:30 | Capital One, Attn: Bankruptcy, PO Box 30285, |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Salt Lake City, UT 84130-0285 |
| 520846945 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 31 2026 20:49:31 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520855866 | + Email/PDF: ebn_ais@aisinfo.com | Mar 31 2026 20:49:52 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520846947 | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 31 2026 20:49:49 | Chase Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 520846948 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 31 2026 21:00:12 | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520846949 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 31 2026 21:00:12 | Citibank, Attn: Bankruptcy Department, PO Box 790046, Saint Louis, MO 63179-0046 |
| 520846950 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 31 2026 21:00:12 | Citibank/the Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520846952 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 31 2026 20:51:00 | Comenity Bank/MPRC, PO Box 182120, Columbus, OH 43218-2120 |
| 520846954 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 31 2026 20:51:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520846953 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 31 2026 20:51:00 | Comenity Bank/Pier 1, PO Box 182789, Columbus, OH 43218-2789 |
| 520846955 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 31 2026 20:51:00 | Comenity Bank/Ulta, PO Box 182120, Columbus, OH 43218-2120 |
| 520846956 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 31 2026 20:51:00 | Comenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 520846958 | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 31 2026 20:51:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520846957 | + Email/Text: bankruptcy_notifications@ccsusa.com | Mar 31 2026 20:51:00 | Credit Collection Services, P.O. Box 607, Norwood, MA 02062-0607 |
| 520869360 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 31 2026 20:50:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520919127 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 31 2026 20:49:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520846962 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 31 2026 20:50:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 520911074 | Email/Text: nsm_bk_notices@mrcooper.com | Mar 31 2026 20:50:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 752619741 |
| 520846964 | + Email/Text: USBankruptcyCourtnotices@njhmfa.gov | Mar 31 2026 20:51:00 | NJ Housing & Mortgage Finance Agency, 637 S. Clinton Ave., P.O. Box 18550, Trenton, NJ 08650-2085 |
| 520846963 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 31 2026 20:50:00 | Nationstar/Mr Cooper, 350 Highland St, Houston, TX 77009-6623 |
| 520850852 | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Mar 31 2026 20:51:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany, NY 12205-0300 |
| 520919261 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 31 2026 20:49:51 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520846965 | ^ MEBN | Mar 31 2026 20:45:39 | PSE&G, Attn: Bankruptcy, P.O. Box 709, Newark, NJ 07101-0709 |
| 520846966 | + Email/Text: bnc-quantum@quantum3group.com | Mar 31 2026 20:51:00 | Quantum3 Group LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 520905719 | Email/Text: bnc-quantum@quantum3group.com | Mar 31 2026 20:51:00 | Quantum3 Group LLC as agent for, Crown Asset |

District/off: 0312-2                                    User: admin                                    Page 3 of 4

Date Rcvd: Mar 31, 2026                              Form ID: 137                              Total Noticed: 52

|  |  |  |  |
|---|---|---|---|
|  |  |  | Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520950842 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 31 2026 20:50:00 | State of New Jersey, Division of Taxation, Attn: Bankruptcy, P.O. Box 245, Trenton, NJ 08695 |
| 520846967 | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Mar 31 2026 20:51:00 | State of New York, Division of Taxation and Finance, P.O. Box 5300, Albany, NY 12205-0300 |
| 520846968 + | Email/Text: bankruptcy@td.com | Mar 31 2026 20:51:00 | TD Bank/Raymour & Flanigan, Attn: Bankruptcy, 1701 Rte 70 East, Cherry Hill, NJ 08003-2390 |
| 520846969 | Email/Text: CollectionsDepartment@atlfedcu.com | Mar 31 2026 20:51:00 | The Atlantic Federal Credit Union, PO Box 618, Kenilworth, NJ 07033-0618 |
| 520846971 | Email/Text: bknotice@upgrade.com | Mar 31 2026 20:50:00 | Upgrade, Inc., 2 N Central Ave, Fl 10, Phoenix, AZ 85004-2322 |
| 520846972 | Email/Text: bknotice@upgrade.com | Mar 31 2026 20:50:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery St Fl 23, San Francisco, CA 94111-3305 |
| 520846973 | Email/Text: bnc_4301@velocityrecoveries.com | Mar 31 2026 20:51:00 | Velocity Investments, Llc, Attn: Bankruptcy, 1800 Route 34 N, Suite 305, Wall, NJ 07719 |
| 520915033 + | Email/PDF: ebn_ais@aisinfo.com | Mar 31 2026 20:49:51 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520846975 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 31 2026 20:50:00 | Verizon Wireless, Attn: Bankruptcy Administration, 500 Technology Drive #550, Saint Charles, MO 63304-2225 |

TOTAL: 42

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520846959 | ##+ | Frenkel Lambert Wiseman & Gordon LLP, 80 Main Street, Suite 460, West Orange, NJ 07052-5414 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andy Winchell | on behalf of Debtor Jessica F Morel andy@winchlaw.com awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

District/off: 0312-2                         User: admin                                Page 4 of 4
Date Rcvd: Mar 31, 2026                      Form ID: 137                               Total Noticed: 52

Matthew K. Fissel
                    on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Michael R. DuPont
                    on behalf of Creditor Atlantic Federal Credit Union dupont@redbanklaw.com  lori@redbanklaw.com

Steven Eisenberg
                    on behalf of Creditor Nationstar Mortgage LLC  bkecf@sterneisenberg.com,
                    jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly
                    on behalf of Creditor Nationstar Mortgage LLC  skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7