UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

STERN & EISENBERG, PC
1120 Rt. 73, Suite 400
Mt. Laurel, New Jersey 08054
Telephone: (609) 397-9200
Facsimile: (856) 667-1456
Attorneys for Movant

**Order Filed on April 7, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Jessica F. Morel fka Jessica Frias

        Debtor

Case Number: 25-20872-SLM

Judge: Stacey L. Meisel

Hearing Date(s): March 11, 2026

Chapter: 13

| Recommended Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

### ORDER RESOLVING MOTION TO VACATE STAY
### AND/OR MOTION TO DISMISS
### WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: April 7, 2026**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

| Applicant: | Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC |
|---|---|
| Applicant's Counsel: | Steven Kelly |
| Debtor's Counsel: | Andy Winchell |
| Property Involved ("Collateral"): | 244 Oak Street, Rahway, NJ 07065 |

Relief sought:

☒ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1.  Status of post-petition arrearages:

    ☒ The Debtor is overdue for **5** months, from **11/01/2025** to **03/01/2026**.

    ☒ The Debtor is overdue for **5** payments at **$2,854.48** per month.

    ☐ The Debtor is assessed for ___ late charges at $_____ per month.

    ☒ Applicant acknowledges Debtor's Suspense Account in the amount of **$1,500.00**.

    Total Arrearages Due  **$12,772.40**

2.  Debtor must cure all post-petition arrearages, as follows:

    ☐ Immediate payment shall be made in the amount of $_____ received. Payment shall be made no later than _____.

☒  Beginning on **04/01/2026**, regular monthly mortgage payments shall continue to be made in the amount of **$2,854.48** or as adjusted by any timely filed Notice of Mortgage Payment Change in accordance with Fed. R. Bankr. P. 3002.1(b).

☐  Beginning on _____, additional monthly cure payments shall be made in the amount of $_____ for _____ months.

☒  The amount of **$12,772.40** shall be capitalized in the debtor's Chapter 13 plan.  Debtor shall file a Modified Plan, if required, within fourteen (14) days of this Order to reflect the addition of the amounts contained herein.  Debtor shall also file, if required, an Amended Schedule I and Amended Schedule J within fourteen (14) days of this Order to address any feasibility concerns.  The parties hereby authorize the Chapter 13 Standing Trustee to make payments under this Order from funds received.

3.  Payments to the Secured Creditor shall be made to the following address(es):

☐  Immediate payment:

☒  Regular monthly payment:     **Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC**
**Attn: Bankruptcy Department**
**P.O. Box 619094**
**Dallas, TX 75261-9741**

☐  Monthly cure payment:

4.  In the event of Default:

☒  If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the

3

Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order.  At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☒  In the event that this case is dismissed, discharged or converted to another chapter under the Bankruptcy Code, the terms and conditions of this Agreed Order shall be deemed null and void.

5.  Award of Attorneys' Fees:

☒  The Applicant is awarded attorneys' fees of $675.00, and costs of $199.00.

       The fees and costs are payable:

    ☒  through the Chapter 13 plan.

    ☐  to the Secured Creditor within _____ days.

☐ Attorneys' fees are not awarded.

_____
Andy Winchell, Esquire
Counsel for Debtor

   /s/ Steven Kelly
_____
Steven Kelly, Esquire
STERN & EISENBERG, PC
Attorney for Movant

*Rev.8/1/15*