**Order Filed on April 21, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Law Offices of Andy Winchell, PC
90 Washington Valley Road
Bedminster, New Jersey 07921
Telephone No. (973) 457-4710
andy@winchlaw.com
By: Andy Winchell [AW-6590]
Attorney for the Debtors

In Re:

Jessica F. Morel

                    Debtor

Case No.: 25-20872 (SLM)
Chapter: 13
Judge: Hon. Stacey L Meisel

## ORDER GRANTING APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 21, 2026**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal services and work in a chapter 13 case have been rendered and actual expenses accrued, and no objections having been raised, it is:

ORDERED that the Law Offices of Andy Winchell, P.C., the applicant, is approved fees of $8,486.50 for services rendered, and expenses in the amount of $453.30, for a total of $8,939.80. Of this total, $500.00 shall be paid from the initial retainer paid by the Debtor. $6,700.00, a portion of the remaining balance, shall be paid:

   X          through the chapter 13 plan as an administrative priority.

             outside the plan.

The remainder of the approved balance, $1,739.80, shall not be paid absent further order of the Court.

The debtor's monthly plan is modified to require a payment of $ __n/a__ per month for __n/a__ months to allow for the payment of aforesaid fee.

2