**Order Filed on April 21, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Law Offices of Andy Winchell, PC<br>90 Washington Valley Road<br>Bedminster, New Jersey 07921<br>Telephone No. (973) 457-4710<br>andy@winchlaw.com<br>By: Andy Winchell [AW-6590]<br>Attorney for the Debtors |

| In Re: | Case No.: 25-20872 (SLM) |
|---|---|
| Jessica F. Morel | Chapter: 13<br>Judge: Hon. Stacey L Meisel |
| Debtor | |

## ORDER GRANTING APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 21, 2026**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal services and work in a chapter 13 case have been rendered and actual expenses accrued, and no objections having been raised, it is:

ORDERED that the Law Offices of Andy Winchell, P.C., the applicant, is approved fees of $8,486.50 for services rendered, and expenses in the amount of $453.30, for a total of $8,939.80. Of this total, $500.00 shall be paid from the initial retainer paid by the Debtor. $6,700.00, a portion of the remaining balance, shall be paid:

   X           through the chapter 13 plan as an administrative priority.

_____          outside the plan.

The remainder of the approved balance, $1,739.80, shall not be paid absent further order of the Court.

The debtor's monthly plan is modified to require a payment of $ \_\_n/a\_\_ per month for \_\_n/a\_\_ months to allow for the payment of aforesaid fee.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 25-20872-SLM

Jessica F Morel                                                                                  Chapter 13

  Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                                    Page 1 of 2

Date Rcvd: Apr 21, 2026                   Form ID: pdf903                                           Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol       Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2026:**

**Recip ID              Recipient Name and Address**
db                    +  Jessica F Morel, 244 Oak Street, Rahway, NJ 07065-3023

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2026                            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Andy Winchell | on behalf of Debtor Jessica F Morel andy@winchlaw.com awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Michael R. DuPont | on behalf of Creditor Atlantic Federal Credit Union dupont@redbanklaw.com  lori@redbanklaw.com |
| Steven Eisenberg | on behalf of Creditor Nationstar Mortgage LLC  bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven P. Kelly | |

District/off: 0312-2                                    User: admin                                                  Page 2 of 2
Date Rcvd: Apr 21, 2026                            Form ID: pdf903                                          Total Noticed: 1

on behalf of Creditor Nationstar Mortgage LLC  skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7