UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Law Offices of Andy Winchell, P.C.
90 Washington Valley Road
Bedminster, New Jersey 07921
Telephone No. (973) 457-4710
andy@winchlaw.com
By: Andy Winchell [AW-6590]
Attorney for the Debtor

In Re:

Jessica F Morel

                    Debtor

Case No.: 25-20872 (SLM)

Chapter: 13

## DEBTOR'S OPPOSITION TO
## TRUSTEE'S MOTION TO DIMISS

The Debtor submits this brief in opposition to the Motion to Dismiss Petition (the "Motion") filed by the chapter 13 trustee (the "Trustee").

Since the filing of the Motion, the Debtor has made three additional payments and intends to make a fourth payment such that she will be current on obligations to the Trustee through June. As such, the Debtor requests that the Court overrule the Motion as moot.

Dated this the 17th day of July, 2026

/s/ Andy Winchell
Law Offices of Andy Winchell, PC
90 Washington Valley Road
Bedminster, New Jersey 07921
973-457-4710
andy@winchlaw.com
Attorney for the Debtor