**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

   JESSICA F MOREL

Order Filed on July 23, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  25-20872 SLM**

**Hearing Date:  7/22/2026**

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 23, 2026**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  JESSICA F MOREL

Case No.:  25-20872

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 07/22/2026 on notice to ANDY WINCHELL, and

to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to pay $1,075.00 to bring current through June 2026 which must be

  received and posted by the Trustee's office by 7/29/2026 or the case will be dismissed upon the Trustee

  submitting a dismissal order without any further hearings or notice to Debtor(s) and Debtor's Attorney; and

  it is further

- ORDERED, that the Debtor(s) are to pay $775.00 for July's plan payment which must be received and

  posted by the Trustee's office by 8/12/2026 or the case will be dismissed upon the Trustee submitting a

  dismissal order without any further hearings or notice to Debtor(s) and Debtor's Attorney; and it is further

- ORDERED, that the Debtor(s) must file a modified plan, amended budget and provide the Trustee's office

  with proof of updated income from all sources by 8/5/2026 or the case will be dismissed upon the Trustee

  submitting a dismissal order without any further hearings or notice to Debtor(s) and Debtor's Attorney; and

  it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment,

  then the case will be dismissed upon certification of the Standing Trustee.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                Case No. 25-20872-SLM

Jessica F Morel                                                                           Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 24, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
             regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jessica F Morel, 244 Oak Street, Rahway, NJ 07065-3023 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2026                              Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andy Winchell | on behalf of Debtor Jessica F Morel andy@winchlaw.com<br>awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Michael R. DuPont | on behalf of Creditor Atlantic Federal Credit Union dupont@redbanklaw.com  lori@redbanklaw.com |
| Steven Eisenberg | on behalf of Creditor Nationstar Mortgage LLC  bkecf@sterneisenberg.com,<br>jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven P. Kelly | |

District/off: 0312-2                              User: admin                                    Page 2 of 2
Date Rcvd: Jul 24, 2026                         Form ID: pdf903                                Total Noticed: 1

on behalf of Creditor Nationstar Mortgage LLC  skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7