UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Andy Winchell, P.C.
90 Washington Valley Road
Bedminster, New Jersey 07921
Telephone No. (973) 457-4710
andy@winchlaw.com
By: Andy Winchell [AW-6590]
Attorney for the Debtor

In Re:

Jessica F. Morel

                              Debtor

Case No.:   _25-20872_____

Chapter:   _13_____

Judge:      Hon. Stacey L. Meisel_

## CERTIFICATE OF SERVICE

1.  I, Katharine E. Bryson____ :

☐   represent the _____ in the above-captioned matter.

X   am the secretary/paralegal for ___Andy Winchell, Esq.__, who represents the __Debtor__ in the above-captioned matter.

☐   am the _____ in the above captioned matter and am representing myself.

2.  On __August 5, 2026_____ I sent a copy of the following pleadings and/or documents

to the parties listed in the chart below:

- Fifth Modified Plan and Motions
- Amended Schedules Form 106Sum, Schedules I/J

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of

service indicated.

Dated:   __8/5/2026_____          /s/ Katharine E. Bryson_____
                                             Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie Ann Greenberg<br>Standing Chapter 13 Trustee<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, New Jersey 07004 | Trustee | □ Hand Delivered<br>□ Regular Mail<br>□ Certified Mail/RR<br>□ Email<br>X Notice of Electronic Filing/NEF<br>□ Other _____<br>(as authorized by the court*) |
| United States Trustee Program<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 | U.S. Trustee | □ Hand Delivered<br>□ Regular Mail<br>□ Certified Mail/RR<br>□ Email<br>X Notice of Electronic Filing/NEF<br>□ Other _____<br>(as authorized by the court*) |
| Jessica F. Morel<br>244 Oak Street<br>Rahway, New Jersey 07065 | Debtor | □ Hand Delivered<br>X Regular Mail<br>□ Certified Mail/RR<br>□ Email<br>□ Notice of Electronic Filing/NEF<br>□ Other _____<br>(as authorized by the court*) |
| Nationstar Mortgage, LLC<br>Attn: Bankruptcy Dept.<br>P.O. Box 619096<br>Dallas, TX 75261 | Creditor | □ Hand Delivered<br>□ Regular Mail<br>□ Certified Mail/RR<br>□ Email<br>X Notice of Electronic Filing/NEF<br>□ Other _____<br>(as authorized by the court*) |
| Steven Kelly, Esq.<br>Stern & Eisenberg, PC<br>1120 Route 73<br>Suite 400<br>Mt. Laurel, NJ 08054 | Attorney for Creditor | □ Hand Delivered<br>□ Regular Mail<br>□ Certified Mail/RR<br>□ Email<br>X Notice of Electronic Filing/NEF<br>□ Other _____<br>(as authorized by the court*) |
| Aldridge Pite, LLP<br>3333 Camino del Rio South<br>Suite 225<br>San Diego, CA 92108 | Attorney for Creditor | □ Hand Delivered<br>□ Regular Mail<br>□ Certified Mail/RR<br>□ Email<br>X Notice of Electronic Filing/NEF<br>□ Other _____<br>(as authorized by the court*) |