Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 25−20872−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Jessica F Morel
fka Jessica Frias
244 Oak Street
Rahway, NJ 07065

Social Security No.:
xxx−xx−9957

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 10, 2026.

Dated: September 14, 2026
JAN: crr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 25-20872-SLM
Jessica F Morel Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 4
Date Rcvd: Sep 15, 2026 Form ID: plncf13 Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jessica F Morel, 244 Oak Street, Rahway, NJ 07065-3023 |
| cr | + | Atlantic Federal Credit Union, McKenna DuPont Stone & Washburne, 229 Broad Street, Red Bank, NJ 07701-2009 |
| cr | + | Nationstar Mortgage LLC,, 1581 Main Street, Ste. 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 520921062 | + | Atlantic Federal Credit Union, c/o McKenna DuPont Stone & Washburne, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 520846951 | + | City of Rahway, P.O. Box 28325, Newark, NJ 07101-3140 |
| 520846960 | + | Henry Morel, 244 Oak Street, Rahway, NJ 07065-3023 |
| 520846961 | + | Merrill Lynch, P.O. Box 1501, Pennington, NJ 08534-0671 |
| 520847566 | + | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278-0004 |
| 520846970 | + | U.S. Dept of Housing and Urban Develop., National Servicing Center, 301 N.W. 6th Street, Suite 200, Oklahoma City, OK 73102-2811 |
| 520846974 | + | Veolia Water Contract Operations Inc., 500 Frank W Burr Blvd., Mailbox 21, Teaneck, NJ 07666-6804 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ecfbnc@aldridgepite.com | Sep 15 2026 21:18:00 | Asaph Abrams, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 15 2026 21:18:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 15 2026 21:18:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520846941 | | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 15 2026 21:21:06 | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520846942 | ^ | MEBN | Sep 15 2026 21:09:05 | AllState, 1501 N. Plano Road, Suite 100, Richardson, TX 75081-2493 |
| 520875450 | + | Email/Text: bkfilings@zwickerpc.com | Sep 15 2026 21:19:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 520846943 | | Email/PDF: bncnotices@becket-lee.com | Sep 15 2026 21:21:25 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520846944 | | Email/Text: BarclaysBankDelaware@tsico.com | Sep 15 2026 21:18:00 | Barclays, PO Box 8803, Wilmington, DE 19899-8803 |
| 520846946 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 15 2026 21:21:14 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520846945 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 15 2026 21:21:23 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |

| | | | | |
|---|---|---|---|---|
| 520855866 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 15 2026 21:21:26 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520846947 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 15 2026 21:21:04 | Chase Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 520846948 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2026 21:21:27 | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520846949 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2026 21:21:19 | Citibank, Attn: Bankruptcy Department, PO Box 790046, Saint Louis, MO 63179-0046 |
| 520846950 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2026 21:21:16 | Citibank/the Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520846952 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 15 2026 21:18:00 | Comenity Bank/MPRC, PO Box 182120, Columbus, OH 43218-2120 |
| 520846954 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 15 2026 21:18:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520846953 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 15 2026 21:18:00 | Comenity Bank/Pier 1, PO Box 182789, Columbus, OH 43218-2789 |
| 520846955 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 15 2026 21:18:00 | Comenity Bank/Ulta, PO Box 182120, Columbus, OH 43218-2120 |
| 520846956 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 15 2026 21:18:00 | Comenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 520846958 | | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 15 2026 21:19:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520846957 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 15 2026 21:19:00 | Credit Collection Services, P.O. Box 607, Norwood, MA 02062-0607 |
| 520869360 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 15 2026 21:17:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520919127 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2026 21:21:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520846962 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 15 2026 21:17:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 520911074 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 15 2026 21:17:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 752619741 |
| 520846964 | + | Email/Text: USBankruptcyCourtnotices@njhmfa.gov | Sep 15 2026 21:18:00 | NJ Housing & Mortgage Finance Agency, 637 S. Clinton Ave., P.O. Box 18550, Trenton, NJ 08650-2085 |
| 520846963 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 15 2026 21:17:00 | Nationstar/Mr Cooper, 350 Highland St, Houston, TX 77009-6623 |
| 520850852 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Sep 15 2026 21:19:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany, NY 12205-0300 |
| 520919261 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 15 2026 21:21:04 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520846965 | ^ | MEBN | Sep 15 2026 21:07:37 | PSE&G, Attn: Bankruptcy, P.O. Box 709, Newark, NJ 07101-0709 |
| 520846966 | + | Email/Text: bnc-quantum@quantum3group.com | Sep 15 2026 21:18:00 | Quantum3 Group LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 520905719 | | Email/Text: bnc-quantum@quantum3group.com | Sep 15 2026 21:18:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520950842 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 15 2026 21:17:00 | State of New Jersey, Division of Taxation, Attn: Bankruptcy, P.O. Box 245, Trenton, NJ 08695 |

| | | | | |
|---|---|---|---|---|
| 520846967 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Sep 15 2026 21:19:00 | State of New York, Division of Taxation and Finance, P.O. Box 5300, Albany, NY 12205-0300 |
| 520846968 | + | Email/Text: bankruptcy@td.com | Sep 15 2026 21:18:00 | TD Bank/Raymour & Flanigan, Attn: Bankruptcy, 1701 Rte 70 East, Cherry Hill, NJ 08003-2390 |
| 520846969 | | Email/Text: CollectionsDepartment@atlfedcu.com | Sep 15 2026 21:18:00 | The Atlantic Federal Credit Union, PO Box 618, Kenilworth, NJ 07033-0618 |
| 520846971 | | Email/Text: bknotice@upgrade.com | Sep 15 2026 21:17:00 | Upgrade, Inc., 2 N Central Ave, Fl 10, Phoenix, AZ 85004-2322 |
| 520846972 | | Email/Text: bknotice@upgrade.com | Sep 15 2026 21:17:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery St Fl 23, San Francisco, CA 94111-3305 |
| 520846973 | | Email/Text: bnc_4301@velocityrecoveries.com | Sep 15 2026 21:18:00 | Velocity Investments, Llc, Attn: Bankruptcy, 1800 Route 34 N, Suite 305, Wall, NJ 07719 |
| 520915033 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 15 2026 21:21:26 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520846975 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 15 2026 21:17:00 | Verizon Wireless, Attn: Bankruptcy Administration, 500 Technology Drive #550, Saint Charles, MO 63304-2225 |

TOTAL: 42

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520846959 | ##+ | Frenkel Lambert Wiseman & Gordon LLP, 80 Main Street, Suite 460, West Orange, NJ 07052-5414 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andy Winchell | on behalf of Debtor Jessica F Morel andy@winchlaw.com awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| Michael R. DuPont | |

| | |
|---|---|
| | on behalf of Creditor Atlantic Federal Credit Union dupont@redbanklaw.com lori@redbanklaw.com |
| Steven Eisenberg | on behalf of Creditor Nationstar Mortgage LLC bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor Nationstar Mortgage LLC skelly@hinshawlaw.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7